■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY DUNLAP, Appellant. [998 NYS2d 642]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 20, 2008 (*People v Dunlap*, 51 AD3d 943 [2008]), affirming a judgment of the Supreme Court, Suffolk County, rendered September 15, 2005.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Dickerson, Chambers and Duffy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANSEL GOUVEIA, Appellant. [998 NYS2d 657]—Appeal by the defendant from a resentence of the Supreme Court, Kings County (Gary, J.), imposed June 11, 2013, pursuant to the Drug Law Reform Act of 2004 (L 2004, ch 738, § 23), upon his conviction of criminal sale of a controlled substance in the first degree, upon a jury verdict.

Ordered that the resentence is affirmed.

Contrary to the defendant's contention, the resentence imposed by the Supreme Court was not excessive (*see People v Leyba*, 97 AD3d 765 [2012]; *People v Gouveia*, 88 AD3d 814, 816 [2011]; *People v Sevencan*, 58 AD3d 761 [2009]). Leventhal, J.P., Chambers, Hall and Duffy, JJ., concur.